# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| STANFORD RUSSELL, | : | No. 13 WM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| HON. STEVE P. LESKINEN, JUDGE | : | |
| COURT OF COMMON PLEAS FAYETTE | : | |
| COUNTY, PA, | : | |
| | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 16th day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.